# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 62 EAL 2023

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v. :

AMAURY HERNANDEZ-SANDOVAL, :

Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 63 EAL 2023

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v. :

AMAURY HERNANDEZ-SANDOVAL, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.